IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
MR. MICHAEL DARNELL        )
OLIVER,                    )
                           )
     Plaintiff,            )
                           )    CIVIL ACTION NO.
     v.                    )      2:15cv22-MHT
                           )         (WO)
ATTORNEY GENERAL LUTHER    )
STRANGE, et al.,           )
                           )
     Defendant.            )
```

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, a state inmate, filed this lawsuit complaining that various officials and attorneys violated his rights in the handling of his state-court criminal case. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's motion to proceed in forma pauperis be denied and that plaintiff's case be dismissed without prejudice. There are no objections to the recommendation. After an independent and de novo review of the record, the court

concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 20th day of February, 2015.

                                  /s/ Myron H. Thompson
                            UNITED STATES DISTRICT JUDGE