IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
MR. MICHAEL DARNELL         )
OLIVER,                     )
                            )
     Plaintiff,             )
                            )       CIVIL ACTION NO.
     v.                     )         2:15cv22-MHT
                            )             (WO)
ATTORNEY GENERAL LUTHER     )
STRANGE, et al.,            )
                            )
     Defendant.             )
```

JUDGMENT

In accordance with the memorandum opinion entered on this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The United States Magistrate Judge's recommendation (doc. no. 3) is adopted.

(2) The motion to proceed in forma pauperis (doc. no. 2) is denied.

(3) This lawsuit is dismissed without prejudice.

It is further ORDERED that costs are taxed against plaintiff, for which execution may issue.

The clerk of the court is **DIRECTED** to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 20th day of February, 2015.

                          /s/ Myron H. Thompson
                         UNITED STATES DISTRICT JUDGE